JAMES HAWKINS APLC
James R. Hawkins, Esq. (#192925)
Gregory Mauro, Esq. (#222239)
Michael Calvo, Esq. (#314986)
9880 Research Drive, Suite 800
Irvine, CA 92618
Tel.: (949) 387-7200
Fax: (949) 387-6676
Email: James@jameshawkinsaplc.com
Email: Greg@jameshawkinsaplc.com
Email: Michael@jameshawkinsaplc.com

Attorneys for Plaintiff EDWIN JUAREZ individually and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN JUAREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAIA MOTOR FREIGHTLINE LLC; a Louisiana Limited Liability Company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:20-cv-04565-RS<br>Hon. Richard Seeborg<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(A)(ii)** |

1  Pamela Carroll Calvet, SBN 112612
2  Daria Dub Carlson, SBN 150628
   BRYAN CAVE LEIGHTON PAISNER LLP
3  120 Broadway, Suite 300
   Santa Monica, California 90401-2386
4  Telephone: (310) 576-2100
   Facsimile: (310) 576-2200
5  Email: pccalvet@bclplaw.com
   daria.carlson@bclplaw.com
6
7  Allison C. Eckstrom, SBN 217255
   BRYAN CAVE LEIGHTON PAISNER LLP
8  3161 Michelson Drive, Suite 1500
   Irvine, California 92612-4414
9  Telephone: (949) 223-7000
   Facsimile: (949) 223-7100
10 Email: allison.eckstrom@bclplaw.com

11
   Attorneys for Defendant Saia Motor Freight Line, LLC
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION**

Plaintiff EDWIN JUAREZ ("Plaintiff") and Defendant SAIA MOTOR FREIGHTLINE LLC, ("Defendant"), by and through their respective counsel of record HEREBY STIPULATE AND AGREE, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is dismissed in its entirety *with prejudice* as to Plaintiff's individual claims against Defendant and *without prejudice* as to the putative class and putative class claims against Defendant.

**IT IS SO STIPULATED.**

Dated: July 28, 2021           Respectfully Submitted by
                               JAMES HAWKINS APLC

                               By: /s/ Gregory Mauro
                                   James Hawkins
                                   Gregory Mauro
                                   Michael Calvo

                                   Attorneys for Plaintiff Edwin Juarez

Dated: July 28, 2021           BRYAN CAVE LEIGHTON PAISNER LLP

                               By:/s/ Daria Dub Carlson
                                   Allison C. Eckstrom
                                   Pamela Carroll Calvet
                                   Daria Dub Carlson

                                   Attorneys for Defendant Saia Motor Freight Line, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2021 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Northern District of California using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the CM/ECF system.

Dated: July 28, 2021

By: /s/ Gregory Mauro
GREGORY MAURO, ESQ.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWIN JUAREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAIA MOTOR FREIGHTLINE LLC; a Louisiana Limited Liability Company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:20-cv-04565-RS<br>Hon. Richard Seeborg<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(A)(ii)** |

1 **[PROPOSED] ORDER**

2 The Court has reviewed and considered the Joint Stipulation Requesting Voluntary

3 Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (the "Stipulation") filed by Plaintiff EDWIN

4 JUAREZ and Defendant SAIA MOTOR FREIGHTLINE LLC ("Defendant") (collectively, the

5 "Parties"). The Parties' Stipulation requesting dismissal of this entire action with prejudice as to

6 Plaintiff's individual claims and without prejudice as to the putative class and putative class claims,

7 shall be and hereby is GRANTED. The case is hereby dismissed in its entirety, and with prejudice

8 as to Plaintiff's individual claims against Defendant and without prejudice as to the putative class

9 and putative claims against Defendant.

10 **IT IS SO ORDERED.**

12 DATED:  July 30, 2021

13 _____
Hon. Richard Seeborg
United States District Court Judge